**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melvin Gene Ross, | No. CV-05-0097-PHX-DGC (VAM) |
| Petitioner, | **ORDER** |
| vs. | |
| Dora Schriro, et al., | |
| Respondents. | |

Pending before the Court is Plaintiff's Motion to Produce Complete Record on Appeal (Doc. #34).

**IT IS ORDERED** that Plaintiff's motion (Doc. #34) will be **granted in part and denied in part**. The motion is granted as to copies of all items comprising the excerpts of record on appeal. The motion is denied as to all remaining items requested.

DATED this 19th day of April, 2006.

David G. Campbell
United States District Judge